UNITED STATES DISTRICT COURT
Western District of Louisiana
Monroe Division

WESTERN DISTRICT OF LOUISIANA
RECEIVED   SHREVEPORT
AUG 03 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Japhus L. Briggs #9937           Civil Action No. 3:16cv731  SecP
versus                            Judge Hicks
Jolbert Torbor Et Al              Magistrate Judge Hayes

"Petition" for "Writ" of Habeas Corpus

3:16-cv-1137 SECP

Comes now the Petitioner, Japhus Briggs a Pre-Trial detainee housed at L.P.D.C. Petitions the court to order the officials, D.A., Asst D.A., Prosecuting attorney (Ms.) (Name unknown) Also Mike Stone, Jim Luten and Pam Torbor who are conspiring together by holding me in custody and holding me against my will, to prove to this court that detention is legally concerning to the charge of tampering will surveillance, accounting etc...

The business of the court is to see to it that Petitioner gets a fair hearing. Petitioner challenge the ability of the D.A. Asst D.A and Ms. Prosecutor in the case to prosecute and the L.P.D.C to hold me without a Bond on the above said charge. Petitioner content that my detention, detainment and presence has been illegally obtained through false imprisonment

Page 1 of 6

## Writ of Habeas Corpus cont...

On the one hand, states have a strong interest in protecting public safety by taking into custody those persons who are reasonbly suspected of having engaged in criminal activity. On the other hand, prolonged detention based on incorrect or unfounded suspicion may unjustly imperil a detainees job, interrupt his source of income, and impair his family relationship.

### I

The Supreme court sought to balance these competing concerns by holding that states "must provide a fair and reliable determination of probable cause as a condition for any significant pretrial restraint of Liberty. And this determination must be made by a judicial officer either before or promptly after arrest.

The extraordinary impose penalty and the troubling patterns of enforcement give rise to a special concern about the fairness of the charging practices and bond setting for the charge of tampering with surveillance, Accounting, etc... Evidence tend to prove that other inmates with same charge has in fact been given bonds in the amount of $1,000.00.

Whereas i was given a $0.00 Bond Amount. In which i believe warrants close scrutiny by the Judge.

## II

In my view, the Court should act well within its discretion to call for the developement of facts that would demonstrate that the above stated charge was in fact desieed, rendered, or ordered. "No Sufficient facts Presented to Establish Intent." by Judge Rogers.

The U.S. Constitution and State Laws command that independent magistrates has to decide whether there's Probable Cause to back up the severe deprivation of Liberty.

## III

I, Petitioner, offer to Prove in support of my Petition that i was and is being illegally detained against my will, also has been given an Excessive bail, given and A.O.C then brought to Court and compelled to answer to a charge that was in fact rendered by Judge Rogers to have "No Sufficient facts to establish intent."

**\*Note\***

An Arrest is an "unreasonable seizure" unless the State can prove two elements: (1) objective basis: the Arrest was backed up by Probable Cause. (2) manner of Arrest: the way the Arrest was made was reasonable.

Page 3 of 6

Whenever an officer of the Law and/or an officer of the courts restrains the freedom of a person to bond or held in detention unconstitutionally he/she has seized that person.

### IV

A officer may arrest a person if he/she has probable cause to believe that person committed a crime. *But, when officers sent probable cause affidavit (P.C) sheet to the D.A. office, and D.A. office sent it to the 3rd JDC, and court rule, "No sufficient facts to establish intent", then there's no crime or charge to establish given me a $0.00 bond (T.B.S)

※ Petitioner alleges bringing him to court and offering him a plea deal after no crime is unconstitutional and unreasonable.

### A

On 4-20-2016 I was charge with a crime of tampering with surveillance, accounting, etc...

### B

On 4-21-2016 Judge Rogers, ruled on the "P.C" sheet. Probable cause to arrest without warrant affidavit by stating, "No sufficient facts presented to establish Intent".

Page 4 of 6

### C

On 4-22-16 Deputy manning did in fact conduct an "A.O.C" Appointment of Counsel with same Judge Rogers.

### D

On 5-10-16 I was brought before the 3rd JDC to answer and be Arraigned on the charge of Count 2 Tampering with Surveillance etc. At this time i asked the Judge if i may receive an O.R. Bond or in Alternate a Bond reduction for being detained for 21 days at the time with no bond and counting. I ask the Prosecuting attorney to dismiss said charge. Charge is still pending. Bond is still set at $0.00

Be it Known, the several courts of the United States, within their respective jurisdictions, in addition to the Authority already conferred by Law, shall have Power to grant Writs of Habeas Corpus in All cases where any person may be restrained of his or her Liberty in violation of the U.S. Constitution, or of any Treaty or Law of the United States. Namely: the IV, V, VI, VIII and XIV Amendment.

Page 5 of 6

Therefore, the Petitioner hope and pray this court grant writ of Habeas corpus.

As always thank you for your prompt attention in this matter.

Sincerely

Dated 7-29-2016

Japhus Briggs #2937
L.P.D.C
P.O. Box 2098
Ruston, LA
71270

Page 6 of 6